Albert L. BURDEN, Petitioner,

v.

**UNITED STATES POSTAL SERVICE,**
**Respondent.**

No. 05–3042.

United States Court of Appeals,
Federal Circuit.

March 31, 2006.

*ORDER*

Albert L. Burden has complied with the court's order of February 27, 2006.

Upon consideration thereof,

IT IS ORDERED THAT:

The order of dismissal and the mandate be, and the same hereby are, vacated and recalled, and the petition for review is reinstated.

**DAIMLERCHRYSLER**
**CORPORATION, Plaintiff–Appellee,**

v.

**UNITED STATES, Defendant–**
**Appellant.**

No. 06–1104.

United States Court of Appeals,
Federal Circuit.

April 3, 2006.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).